■ CLAIRE L. HOFFMAN, Appellant, v JEROME PETRIZZI et al., Respondents. [610 NYS2d 836] —Appeal by the plaintiff from an order of the Supreme Court, Nassau County (O'Shaughnessy, J.), dated April 22, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice O'Shaughnessy at the Supreme Court. Thompson, J. P., Santucci, Krausman and Florio, JJ., concur.